Argued and submitted September 30, A113746 affirmed; A113747 affirmed without opinion October 23, 2002

STATE OF OREGON,
*Respondent,*

*v.*

LESTER RAY JIM,
*Appellant.*

00-00-314CR, 00-05-354MT; A113746 (Control), A113747
(Cases Consolidated)

56 P3d 490

Daniel M. Carroll, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Acting Executive Director.

Janet A. Klapstein, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Kistler and Schuman, Judges.

PER CURIAM

Case A113746 affirmed, *State v. Jim*, 178 Or App 553, 37 P3d 241, *rev allowed*, 334 Or 397 (2002); case A113747 affirmed without opinion.